**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**KERI JO LASIEGE,**

          **Plaintiff,**

    v.                                          7:12-CV-01398
                                                           (NAM/TWD)

**CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**
_____

**APPEARANCES:**                                       **OF COUNSEL:**

LEGAL AID SOCIETY OF                 VICTORIA M. ESPOSITO, ESQ.
NORTHEASTERN NEW YORK
P.O. Box 648
17 Hodskin Street
Canton, New York 13617
Counsel for Plaintiff

HON. RICHARD S. HARTUNIAN       PETER W. JEWETT, ESQ.
United States Attorney for the         Special Assistant U.S. Attorney
Northern District of New York
James T. Foley U.S. Courthouse, Room 218
Albany, New York 12207
Counsel for Defendant

OFFICE OF GENERAL COUNSEL       STEPHEN P. CONTE, ESQ.
Social Security Administration           Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, New York 10278

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

Therese Wiley Dancks, duly filed on the 5th day of March 2014. Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is remanded to the Commissioner for further proceeding.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 25, 2014
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge